UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JASPREET SINGH** | **DOCKET NO. 20-cv-0539** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CHAD WOLF, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of Habeas Corpus (rec. doc. 1) is **DENIED** for lack of jurisdiction and the Emergency Motion to Stay Removal (rec. doc. 2) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 22nd day of June, 2020.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE